UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>KSSF ENTERPRISES LTD, et al.,<br><br>    Defendants. | Case No. 20-cv-08535-LB<br><br>**JUDGMENT** |

On March 18, 2021, the court granted the defendant's motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 18, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-08535-LB